

Phillips & Associates, Attorneys at Law, PLLC
45 Broadway, Suite 430
New York, NY 10006
Tel: (212) 248-7431
Fax: (212) 901-2107

July 11, 2024

<u>Via ECF</u>
Hon. Ann M. Donnelly, U.S. District Judge
225 Cadman Plaza
Courtroom 4GN
Brooklyn, New York 11201

      Re:    *Projwal Pradhan v. Maleen Banquet Hall, LLC and Mani Singh, Individually,*
             Case Number: 2:22-cv-3533 (AMD)(JMW)

Your Honor:

    I represent Plaintiff in the above action and write jointly with Defendants, first to advise that the Parties participated in mediation on July 8, 2024, and have reached a settlement in principle. The Parties also write to respectfully request that all of Plaintiff's wage related claims be dismissed, with prejudice, for the reasons detailed below.

    The instant matter is predominantly an employment case wherein Plaintiff alleged a hostile work environment and an unlawful constructive discharge in violation of the New York City Human Rights Law. There is additionally a claim under the New York Common Law. Plaintiff also included relatively insubstantial wage-related claims under the Fair Labor Standards Act and the New York Labor Law. Specifically, Plaintiff made claims for unpaid wages in the amount of $3,000. *See* Paragraph 56 of Plaintiff's Complaint, Dckt. No.: 1. The Parties have reached a settlement in principle of the employment claims as of July 8, 2024. So as not to incur additional time and expense, and to avoid burdening the Court with unnecessary motion practice, the Parties seek to dispose of the small wage related claims herein. The unpaid overtime claims may present an unnecessary obstacle to settlement, particularly since Plaintiff worked as a salaried "General Manager", as pleaded (Dckt. No.: 1, ¶ 24-25). The Parties request dismissal, with prejudice, of the causes of action which have been identified in Plaintiff's Complaint as 5, 6, 7, 8, 9 and 10.

    We thank the Court for its time and consideration of this request.

                                        Respectfully submitted,

                                        Steven Fingerhut
                                        Phillips & Associates, PLLC
                                        *Attorney for Plaintiff*

cc:    James O'Donnell, Esq. (via ECF)
       *Attorney for Defendants*