UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

PROJWAL PRADHAN,

        Plaintiff,

- against -

MALEEN BANQUET HALL, LLC and
MANI SINGH, *Individually*,

        Defendants.
----------------------------------------------------------X

Case No.: 2:22-cv-3533 (AMD)(JMW)

**STIPULATION OF DISMISSAL OF FLSA AND NYLL CLAIMS**

    Plaintiff, PROJWAL PRADHAN, and Defendants, MALEEN BANQUET HALL, LLC and MANI SINGH, pursuant to FRCP Rule 41(a)(1)(A)(ii), by and through their undersigned counsel, hereby stipulate and agree that the Fifth, Sixth, Seventh, Eighth, Ninth, and Tenth causes of actions asserted in Plaintiff's Complaint (Dckt. No. 1) be dismissed, with prejudice. The parties agree to bear their own respective costs.

**WE SO STIPULATE:**

Dated: July 31, 2024
       New York, NY

PHILLIPS & ASSOCIATES,
ATTORNEYS AT LAW, PLLC

*/s/ Steven Fingerhut*
Steven Fingerhut
Zachary Randall
*Attorneys for Plaintiff*
**PROJWAL PRADHAN**
45 Broadway
Suite 430
New York, NY 10006

HELEN F. DALTON & ASSOCIATES, P.C.

*/s/ James O'Donnell*
James Patrick Peter O'Donnell
*Attorneys for Defendants*
**MALEEN BANQUET HALL, LLC and MANI SINGH**
80-02 Kew Gardens Road
Suite 601
Kew Gardens, NY 11415

s/Ann M. Donnelly
_____
Hon. Ann M. Donnally
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Courtroom 4GN
Brooklyn, New York 11201