**EXHIBIT A**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

PROJWAL PRADHAN,

        Plaintiff,

-against-

MALEEN BANQUET HALL LLC, and MANI SINGH,

        Defendants.

2:22-cv-03533-AMD-JMW

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, by and between plaintiff Projwal Pradhan and defendants Maleen Banquet hall LLC and Mani Singh, as an individual, through their undersigned counsel, that the above-captioned action be and is hereby discontinued in its entirety with prejudice, and with no award of attorneys' fees or costs by the Court, each party to bear their own attorneys' fees and costs unless otherwise agreed to.

Phillips & Associates, PLLC
45 Broadway Suite 430
New York, NY 10006

By: _____
Zachary Randall

*Attorneys for Plaintiff*

Dated: 8/7/24

Helen P. Dalton & Associates, P.C.
80-20 Kew Gardens Road, Suite 601
Kew Gardens, NY 11415

By: *James O'Donnell*
James O'Donnell

*Attorneys for Defendants*

Dated: 9/23/2024

SO ORDERED:

s/Ann M. Donnelly
_____

Dated:   9/25/2024